UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EMILY DOUGHERTY,

                      Plaintiff,

-against-

SANDOW MEDIA, LLC and SANDOW
EMPLOYEE SERVICES, LLC,

                      Defendants.

| USDC SDNY |
| --- |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: _____ |
| DATE FILED: _3/2/2021_____ |

20 Civ. 8295 (AT)

**ORDER**

ANALISA TORRES, District Judge:

       In order to allow mediation to take place, *see* 3/1/2021 Docket Entry, the initial pretrial conference scheduled for April 7, 2021, is ADJOURNED to **April 28, 2021**, at **10:00 a.m.** The conference will proceed in accordance with the Court's Emergency Rules and Practices in Light of COVID-19. Accordingly, at 10:00 a.m. on April 28, 2021, the parties shall call into the Court's dedicated conference line at (888) 398-2342 or (215) 861-0674, and then enter the access code 5598827, followed by the pound sign.

       The parties shall submit their joint letter and proposed case management plan by **April 21, 2021**. ECF No. 8 at 2.

       The Clerk of Court is directed to terminate the motion at ECF No. 22.

       SO ORDERED.

Dated: March 2, 2021
      New York, New York

                                    ANALISA TORRES
                        United States District Judge